## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| PRATIBHA KAPOOR | : | |
| Plaintiff, | : | CASE NO. 2:13-cv-810 |
| v. | : | JUDGE WATSON |
| THE OHIO STATE UNIVERSITY | : | MAGISTRATE JUDGE DEAVERS |
| Defendant. | : | |

## JOINT STIPULATION OF DISMISSAL

NOW COME all parties to the above-styled case, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), and hereby stipulate to the Court that all claims in the above-styled case are hereby dismissed with prejudice, with each party to bear its own costs and expenses.

Respectfully Submitted,

| | |
|---|---|
| /s/  Gary A. Reeve | /s/  Sloan T. Spalding |
| Gary A. Reeve (0064872) | Sloan T. Spalding (0068054) |
| Trial Counsel for Plaintiff | Trial Counsel for Defendant |
| Law Offices of Gary A. Reeve, LLC | Principal Assistant Attorney General |
| P.O. Box 7866 | Employment Law Section |
| Columbus, Ohio 43207 | 30 East Broad Street, 23rd Floor |
| (614) 808-1881 | Columbus, Ohio 43215 |
| | (614) 644-7257 |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Clerk of Courts through the CM/ECF system, which will send notification of such filing to Defendant's counsel via electronic mail.

s/ Gary A. Reeve
Gary A. Reeve